UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.:  8:25-01483 ADS                                           Date:  August 25, 2025

Title:  *Jacob Flanagan v. Experian Information Solutions, Inc.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On July 8, 2025, Plaintiff filed a Complaint. (Dkt No. 1.) Defendants' deadline to file a responsive pleading to the Complaint was August 11, 2025. To date, no responsive pleading has been filed and Plaintiff has not requested entry of default.

Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for lack of prosecution. Plaintiff must file a written response no later than **September 2, 2025**.

Among other appropriate responses, Plaintiff may file a request for entry of default in response to this Order to Show Cause by the above date.

**Plaintiff is expressly warned that failure to timely file a response to this order may result in dismissal of the action**.

IT IS SO ORDERED.

Initials of Clerk kh