1  Cicely T. Ray, Esq. (SB 213677)
2  CICELY T. RAY & ASSOCIATES
3  4740 Green River Road Suite 314
   Corona, CA 92878
4  Phone: (951) 735-2488
   Email: Cicely.Ray@Cicelyraylaw.com
5  Attorney for Plaintiff, JACOB FLANAGAN

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| JACOB FLANAGAN<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br><br>    Defendant. | Case No. 8:25-cv-01483-JWH-KES<br><br>NOTICE OF SETTLEMENT AS TO DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC. |

**NOTICE IS HEREBY GIVEN** that Plaintiff JACOB FLANAGAN ("Plaintiff") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("EXPERIAN" or "Defendant") have reached settlement in the above-captioned action. The plaintiff expects to file a Notice of Dismissal as to EXPERIAN once settlement documents have been exchanged and executed. Therefore, Plaintiff respectfully requests sixty (60) days to complete settlement documents and notify this honorable Court of dismissal.

1

NOTICE OF SETTLEMENT AS TO DEFENDANT, EXPERIAN
INFORMATION SOLUTIONS, INC.

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 | Dated: August 25, 2025 By: */s/ Cicely T. Ray* |
| 3 | Cicely T. Ray, Esq. (SB 213677) |
| | CICELY T. RAY & ASSOCIATES |
| 4 | 4740 Green River Road Suite 314 |
| | Corona, CA 92878 |
| 5 | Phone: (951) 735-2488 |
| 6 | Email: Cicely.Ray@Cicelyraylaw.com |
| 7 | Attorneys for Plaintiff, |
| 8 | JACOB FLANAGAN |

2

NOTICE OF SETTLEMENT AS TO DEFENDANT, EXPERIAN
INFORMATION SOLUTIONS, INC.