JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:   8:25-01483 ADS           Date:   September 11, 2025

Title:  *Jacob Flanagan v. Experian Information Solutions, Inc.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER RE NOTICE OF SETTLEMENT**

In light of the Notice of Settlement filed on August 25, 2025 (Dkt. No. 13), indicating the parties have reached a settlement in the action, the parties shall file a Notice of Dismissal of all claims by October 24, 2025. If no dismissal is filed, this action shall be deemed dismissed as of October 24, 2025. All previously set deadlines and dates are hereby vacated.

**IT IS SO ORDERED.**

Initials of Clerk kh